STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant Lee Farley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>    Plaintiff,<br><br>v.<br><br>**Lee Farley,**<br><br>    Defendant. | Case Number: cr 15-0092 TEH<br><br>MODIFIED<br>**Joint Stipulation and [~~Proposed~~]<br>Order to Continue the Sentencing<br>Hearing**<br><br>Date:  March 14, 2016<br>Time:  2:30 p.m. |

    Defendant Lee Farley is currently set for sentencing on March 14, 2016. Counsel for Mr. Farley will be unavailable on that date and time and the parties jointly seek to move the date of sentencing to April 25, 2016, at 2:30 p.m. to accommodate the schedules of all parties. Additionally, the parties seek to move the filing dates for sentencing memorandum and reply to April 4, 2016, and April 11, 2016, respectively.

    The assigned probation officer has been contacted and has no objection to the continuance or proposed date for sentencing hearing.

Stipulation and Proposed Order to Continue the Sentencing Hearing
cr 15-0092 TEH                                              1

1  Dated: March 1, 2016                    /s/ Candis Mitchell
2                                          CANDIS MITCHELL
                                           Attorneys for Defendant Farley

4  Dated: March 1, 2016                    /s/ Scott Joiner
5                                          SCOTT JOINER
                                           Assistant United States Attorneys

[~~PROPOSED~~] ORDER

For the reasons stated by counsel, the Court continues the sentencing date from March 14, 2016, at 2:30 p.m., to April ~~25~~ 4, 2016, at 2:30 p.m. Filing dates for sentencing memorandum and replies are moved to ~~April 4, 2016~~ March 21, 2016, and ~~April 11, 2016~~ March 28, 2016, respectively.

IT IS SO ORDERED.

Dated: 03/03/2016

_____
Hon. _____ Henderson
United _____
Judge Thelton E. Henderson

**IT IS SO ORDERED AS MODIFIED**